# IN THE UNITED STATES COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>    Plaintiff,<br><br>vs.<br><br>**JOVAN LUCAS**,<br><br>    Defendant. | Case No. PO-18-5008<br><br>**Order on Motion to Appear by phone and to waive defendant's appearance** |

Upon the motion of the defendant to waive his appearance and to allow counsel to appear on his behalf by phone and good cause thereof, it is hereby ordered that the defendant's presence on March 8, 2018 at 9 am. is waived, counsel for the defendant, may appear by phone at the hearing, the court shall initiate the call at 406-899-6696.

Dated this __6th__ day of March, 2018.

_____
John Johnston
United States Magistrate Judge